

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00373-CR

Berrick Milton **BLACKWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 23-8764
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against Appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 27, 2025.

_H. Todd McCray_
H. Todd McCray, Justice